# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA LEA DE YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-00242-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 14) |

On August 1, 2023, the parties filed a stipulated motion requesting the deadline for Plaintiff to file the motion for summary judgment be extended for a period of 15 days, to August 19, 2023. (ECF No. 14.)  The Court finds good cause to grant the second extension.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated motion (ECF No. 14) is GRANTED; and
2. Plaintiff shall file a motion for summary judgment on or before August 19, 2023.

IT IS SO ORDERED.

Dated:   **August 2, 2023**

UNITED STATES MAGISTRATE JUDGE

1