# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA LEA DE YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-00242-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 17) |

On September 14, 2023, the Defendant filed a stipulated motion for an extension of time to file its opposition brief and cross-motion for summary judgment. (ECF No. 17.) The Court finds good cause to grant the first requested extension of the deadline from September 20, 2023, to October 20, 2023, based on the reassignment of the action and agreement of the parties.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion to modify the schedule (ECF No. 17) is GRANTED;

2. Defendant shall have until **October 20, 2023**, to file the opposition brief and cross-motion for summary judgment; and

/ / /

/ / /

/ / /

/ / /

3.     All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **September 15, 2023**

UNITED STATES MAGISTRATE JUDGE