# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA LEA DE YOUNG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-00242-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 20) |

Veronica Lea De Young ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On October 17, 2023, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g) for further administrative proceedings. (ECF No. 20.) Pursuant to the stipulation, the Commissioner's final decision should be reversed and remanded for further administrative proceedings before an Administrative Law Judge (ALJ). (Id.) The parties agree the ALJ will offer Plaintiff an opportunity for a hearing; reconsider the medical opinion and prior administrative medical finding evidence; further develop the record as necessary; and issue a new decision. (Id.) The Court finds good cause to grant the parties' stipulated request.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;

2. Judgment is entered in favor of Plaintiff Veronica Lea De Young and against Defendant Commissioner of Social Security; and

3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated: **October 17, 2023**

UNITED STATES MAGISTRATE JUDGE